# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JESSICA FORD | ) | |
| | ) | Case No. 3:19-cr-00181 |
| | ) | USM No. 84094-007 |
| | ) | Kerry Haymaker |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1 - 6__  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a state crime | 05/18/2021 |
| 2 | Unlawful use of a controlled substance | 05/19/2021 |
| 3 | Failure to refrain from consumption of alcohol | 05/19/2021 |
| 4 | Failure to comply with conditions of supervision (contact with | 05/19/2021 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

X **The superseding petition for offender under supervision (Doc. No. 46) is dismissed.**

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6239

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
LaVergne, Tennessee

11/05/2021
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

November 8, 2021
Date

DEFENDANT: JESSICA FORD
CASE NUMBER: 3:19-cr-00181

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|   | James Hudson) |   |
| 5 | Failure to notify probation officer about new living arrangements | 05/19/2021 |
| 6 | Failure to obtain permission of probation officer about communication with person engaged in criminal activity | 05/19/2021 |

DEFENDANT: JESSICA FORD
CASE NUMBER: 3:19-cr-00181

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

8 months, with no term of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

Ensure credit for time in pre-sentence detention, which appears to the Court to be approximately six months.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL